IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
JAN 30 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:26cr 14 |
| | ) | |
| v. | ) | 18 U.S.C. § 1343 |
| | ) | Wire Fraud |
| KATHERINE HENDERSON, | ) | |
| | ) | 18 U.S.C. § 981(a)(1)(C) and |
| | ) | 28 U.S.C. § 2461(c) |
| *Defendant.* | ) | Criminal Forfeiture |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

1. From in or about 2022, and continuing through in or about August 2023, the exact dates being unknown, in the Eastern District of Virginia and elsewhere, the defendant KATHERINE HENDERSON, having devised a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, transmit and cause to be transmitted by means of wire, radio, and television communication, in interstate and foreign commerce, any writings, signs, signals, pictures, and sounds for the execution of such scheme and artifice, which scheme and artifice, and the execution thereof, operated in substance as follows:

### THE SCHEME AND ARTIFICE

2. The purpose of the scheme and artifice to defraud was for defendant KATHERINE HENDERSON (HENDERSON) to obtain monies to which she was not entitled by knowingly and willfully making materially false and fraudulent statements for the purpose of obtaining said monies and property from her employer, Duroline, Inc. (Duroline), by abusing her position as Duroline's treasurer.

3.  It was part of the scheme and artifice to defraud that HENDERSON, as Duroline's treasurer, had control over payroll and manipulated Duroline'a payroll to provide herself unauthorized additional payroll funds.

4.  It was further part of the scheme and artifice to defraud that HENDERSON, as Duroline's treasurer, would divert payments from Duroline's vendors to herself and alter Duroline's records to mask the diversion of funds.

5   It was further part of the scheme and artifice to defraud that HENDERSON, defrauded Duroline out of approximately $123,104.42 in this manner.

ELECTRONIC TRANSMISSIONS IN FURTHERANCE OF THE SCHEME AND ARTIFICE

6.  On or about the dates noted above, in the Eastern District of Virginia and elsewhere, for the purpose of executing the aforesaid scheme and artifice, the defendant KATHERINE HENDERSON, did knowingly transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce certain writings, signs, signals, pictures, and sounds, that is the check deposits and resulting electronic transfer of funds, between Duroline's corporate accounts located in the Eastern District of Virginia and elsewhere and her own BlueVine accounts located in New Jersey, and elsewhere.

(In violation of Title 18, United States Code, Sections 1343.)

FORFEITURE

1.  The defendant, KATHERINE HENDERSON, if convicted of any of the violations alleged in Counts One of this Information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2.  If any property that is subject to forfeiture above is not available, it is the intention

of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3.  The property subject to forfeiture includes, but is not limited to, the sum of at least $123,104.42, representing the proceeds of the fraud scheme set forth in Count One.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c).)

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

By: _____
Joseph L. Kosky
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number (757) 441-6331
Facsimile Number (757) 441-6689
E-Mail Address - joseph.kosky@usdoj.gov